KRISTY LYNN HASTY
360 MASSEY RD
VICKSBURG, MS 39180

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

A1 PAYDAY LOAN
3208 SERVICE DR
PEARL, MS 39208

ADVANCE AMERICA
322 RHETT ST
GREENVILLE, SC 29601

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-508

BRIDGECREST
ATTN: BANKRUPTCY
PO BOX 53087 SUITE 100
PHOENIX, AZ 85072

BRIDGIT
838 AVE OF THE AMERICA
F16
NEW YORK, NY 10001-4194

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

COMMUNITY CHOICE FINAN
6785 BOBCAT WAY
DUBLIN, OH 43016

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

EARNIN
200 PORTAGE AVE
PALO ALTO, CA 94306

FLOAT ME
110 E HOUSTON ST
SAN ANTONIO, TX 78205-2991

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

KOALAFI
ATTN: BANKRUPTCY
PO BOX 5518
GLEN ALLEN, VA 23058

LEND NATION
2615 GRAYOIS AVE ST
SAINT LOUIS, MO 63118

MERIT HEALTH RIVER REG
2100 HWY 61 N
VICKSBURG, MS 39183

MONEY LION
P.O. BOX 1547
SANDY, UT 84091

MUTUAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 25
VICKSBURG, MS 39181

NATIONAL CREDIT
ATTN: BANKRUPTCY
PO BOX 3023
HUTCHINSON, KS 67504

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

REGIONS BANK
PO BOX 10063
BIRMINGHAM, AL 35202-0063

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

SELF APP
515 CONGRESS AVE
AUSTIN, TX 78701

SERVICE FINANCE
ATTN: BANKRUPTCY
555 S FEDERAL HIGHWAY
BOCA RATON, FL 33432

SIMPLE FAST LOANS INC
8601 DUNWOODY PLACE
STE 406
ATLANTA, GA 30350

SPARROW FNCL
9450 SW GEMINI DR.
BEAVERTON, OR 97008

SPEEDY CASH
PO BOX 520
CRESTVIEW, FL 32536

WORLD FINANCE CORP
P.O.BOX 6429
GREENVILLE, SC 29606

ZIP
1450 BROADWAY 24TH FL
NEW YORK, NY 10018